IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

GILBERT GARCIA

       Plaintiff,

v.                                                                  CIV No. 13-77 GBW

CAROLYN W. COLVIN,
Acting Commissioner of Social Security Administration,

       Defendant.

## ORDER AWARDING ATTORNEY FEES & COSTS UNDER EAJA

THIS MATTER is before the Court on Plaintiff's Motion for Attorney Fees Under Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412 (*doc. 22*) and the Commissioner's Response (*doc. 23*).

Plaintiff's attorneys state that they have performed 9.1 hours of work bringing this case in federal court, with an hourly billing rate of $184 in 2012 and $185 in 2013 and requests a fee award of $1683.50. *Doc. 22 at 2-3* & Exs. A, B. In addition, they claims costs in the amount of $350.00. *Id.* at 3, Ex. C. Defendant has not objected to the amount of this reward. *Doc. 23.*

It is therefore ordered that attorney fees be awarded in the amount of $1683.00 under the EAJA § 2412(d), payable to Plaintiff. *See Astrue v. Ratliff*, 130 U.S. 2521 (2010) (EAJA fees are paid to the prevailing party, not the attorney).

1

It is further ordered that, if Plaintiff's counsel receives attorney fees under both the EAJA and 42 U.S.C. § 406(b) of the Social Security Act, Plaintiff's counsel shall refund the smaller award to Plaintiff pursuant to *Weakley v. Bowen*, 803 F.2d 575, 580 (10th Cir. 1986).

**IT IS THEREFORE ORDERED** that attorney fees are awarded under the Equal Access to Justice Act, 28 U.S.C. §2412(d), payable to Plaintiff in the amount of $1683.50.

_____
GREGORY B. WORMUTH
UNITED STATES MAGISTRATE JUDGE
**Presiding by consent**